65 F.3d 165
 Arthur Wakefield, Jr.
v.
Dickinson R. Debevoise, Judge, U.S. District Court, Newark,
New Jersey, 07101, Edward Sinker, police officer for Borough
of North Plainfield, N.J., 07060, Joseph Mack, Officer, John
Johnston, officer, Norman Jenkins, officer, Robert Mattera,
officer, Frank D'Amore, officer, Robert Jackson, officer,
Theodore Yurgel, officer, Michael Mitzner, bag man for
police, Frank Yurasko, bag man for police, 63 Route 206
South, Post Office Box 1041, Somerville, N.J.
 NO. 95-5107
 United States Court of Appeals,
Third Circuit.
 July 17, 1995
 
 Appeal From: D.N.J., No. 93-cv-00672,
 McClure, J.
 
 
 1
 AFFIRMED.